**Order entered January 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00212-CR

**RICHARD YOUNG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-62717-M**

## ORDER

The Court has before it the January 7, 2014 motion of appellant's counsel to permanently abate the appeal due to appellant's death. Attached to the motion is a copy of the death certificate showing appellant died on October 31, 2013. Accordingly, pursuant to Texas Rule of Appellate Procedure 7.1(a)(2), we **PERMANENTLY ABATE** the appeal.

/s/     LANA MYERS
           JUSTICE